IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN WAYS,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>DAVID E. ORTIZ, and THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF NEBRASKA,<br><br>　　　　　　Respondents. | 4:20CV3086<br><br>**ORDER** |

IT IS ORDERED that Petitioner's Motion to Reconsider (Filing 10) is denied.

Dated this 25th day of August, 2020.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　Senior United States District Judge