IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN WAYS,<br><br>             Petitioner,<br><br>vs.<br><br>DAVID E. ORTIZ, and THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF NEBRASKA,<br><br>             Respondents. | 4:20CV3086<br><br>**ORDER** |

      IT IS ORDERED that Petitioner's Motion for Reconsideration (Filing 12) is denied.

      Dated this 10th day of September, 2020.

                                                        BY THE COURT:

                                                      *Richard G. Kopf*

                                                      Richard G. Kopf
                                                      Senior United States District Judge